United States District Court
Southern District of Texas
FILED

JAN 17 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VALLEY DIAGNOSTIC CLINIC, P.A., § | | |
| Plaintiff § | | |
| § | | |
| VS. § | CIVIL ACTION NO. B-02-230 | |
| § | | |
| TRANSCONTINENTAL INSURANCE § | JURY | |
| COMPANY § | | |
| Defendant § | | |

## PLAINTIFF'S DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff, Valley Diagnostic Clinic, P. A. [hereafter "VDC"], by and through its undersigned counsel, hereby makes its disclosure of financially interested parties as required by this Court's Order Setting Conference.

VDC knows of no parties who are financially interested in the outcome of this litigation other than the following:

1. Valley Diagnostic Clinic, P. A.;

2. Transcontinental Insurance Company;

3. Texas Insurance Managers; and

4. Employers Reinsurance Corporation.

---

*Plaintiff's Disclosure of Financially Interested Parties*                                                                 260005.1/GDL/421

Respectfully submitted,

GARY, THOMASSON, HALL & MARKS
Professional Corporation
Attorneys for Valley Diagnostic Clinic, P. A.
P. O. Box 2888
Corpus Christi, Texas 78403
(361) 884-1961  FAX (361) 889-5100

*/s/ Gordon D. Laws*
Gordon D. Laws
Federal Bar No. 12417
State Bar No. 12057650


### CERTIFICATE OF SERVICE

I certify that on January 14, 2003, a complete and correct copy of <u>PLAINTIFF'S DISCLOSURE OF FINANCIALLY INTERESTED PARTIES</u> was served on each party by delivery to the following attorneys of record in the manner indicated below:

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED:**

*Certified Mail, RRR No. 7002 2030 0003 3485 0465*
Mr. Russell J. Bowman
Scott, Bowman & Stella
3131 McKinney Avenue, Suite 730
Dallas, Texas 75204

*Certified Mail, RRR No. 7002 2030 0003 3485 0472*
Mr. H. Mark Burck
BURCK, LAPIDUS & LANZA, P.C.
5177 Richmond, Suite 850
Houston, Texas 77056

*/s/ Gordon D. Laws*
Gordon D. Laws