United States District Court
Southern District of Texas
FILED

APR 0 2 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VALLEY DIAGNOSTIC CLINIC, P.A., § | | |
|    Plaintiff § | | |
| § | | |
| VS. § | CIVIL ACTION NO. B-02-230 | |
| § | | |
| TRANSCONTINENTAL INSURANCE § | JURY | |
| COMPANY § | | |
|    Defendant § | | |

## PLAINTIFF'S NOTICE OF JURY DEMAND

The Plaintiff, Valley Diagnostic Clinic, P.A. [hereafter "VDC"], by and through its undersigned counsel, hereby gives notice to this Court of its prior demand for jury trial in the above case. In support of this notice, VDC would show the Court the following:

1. On December 16, 2002, Defendant, Transcontinental Insurance Company [hereafter "CNA"], filed its Notice of Removal of this action from the 404th Judicial District Court of Cameron County, Texas, pursuant to 28 U.S.C. §§ 1441 and 1446(b). In reviewing the file, counsel for VDC noted that the civil cover sheet filed by CNA indicates that this case is a non-jury case and that no jury demand has been made.

2. Rule 81(c) of the Federal Rules of Civil Procedure, which governs removed actions, provides that a party who is entitled to a jury trial under Rule 38 shall be accorded that right if a demand for jury trial is served within 10 days after the petition for removal is filed, if the party is the petitioner, or within 10 days after service of the notice of removal on the party, if the party is not the petitioner. *Fed. R. Civ. P.*, R. 81(c). The

---

*Plaintiff's Notice of Jury Demand*                         263851.1/1972.03/gdl/420

rule also provides, however, that "[a] party who, prior to removal, has made an express demand for trial by jury in accordance with state law, need not be make a demand after removal." *Id.*

3.    On July 12, 2002, VDC filed its request for jury trial in the state court proceeding. A true and correct copy of Plaintiff's Request for Jury Trial filed in the 404th Judicial District Court is attached hereto as Exhibit A and is incorporated by reference. Rule 216 of the Texas Rules of Civil Procedure requires that a written request for jury trial be filed with the clerk of the court within a reasonable time before the date set for trial on the non-jury docket, but not less than 30 days in advance. *Tex. R. Civ. P.*, R. 216. At the time that VDC's request for jury trial was filed in State Court, the case had not yet been set for trial. The Court had scheduled a hearing for July 31, 2002, to set the case for trial. A true and correct copy of the State Court's Order setting a hearing to select a trial date is attached hereto as Exhibit B. Inasmuch as VDC made a valid request for a jury trial in the State Court prior to this case being removed to this Court, no additional demand for a jury trial was necessary, and VDC is entitled to a trial by jury in this case. *Fed. R. Civ. P.*, R. 81(c).

WHEREFORE, for the reasons given above, VDC is entitled to a trial by jury in this case.

Respectfully submitted,

GARY, THOMASSON, HALL & MARKS
Professional Corporation
Attorneys for Valley Diagnostic Clinic, P. A.
P. O. Box 2888
Corpus Christi, Texas 78403
(361) 884-1961  FAX (361) 889-5100


_____
Gordon D. Laws
Federal Bar No. 12417
State Bar No. 12057650


## CERTIFICATE OF SERVICE

I certify that on April __1__, 2003, a complete and correct copy of <u>Plaintiff's Notice of Jury Demand</u> was served on each party by delivery to the following attorneys of record in the manner indicated below:

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED:**

*Certified Mail, RRR No. 7002 0510 0002 7310 0604*
Russell J. Bowman
Scott, Bowman & Stella
3131 McKinney Avenue, Suite 730
Dallas, Texas 75204

*Certified Mail, RRR No. 7002 0510 0002 7310 0611*
Mr. H. Mark Burck
BURCK, LAPIDUS & LANZA, P.C.
5177 Richmond, Suite 850
Houston, Texas 77056


_____
Gordon D. Laws

CAUSE NO. 2002-01-000349-G

| | | |
|---|---|---|
| VALLEY DIAGNOSTIC CLINIC, P.A. | § | IN THE DISTRICT COURT |
| PLAINTIFF | § | |
| | § | |
| VS. | § | 404TH JUDICIAL DISTRICT |
| | § | |
| TRANSCONTINENTAL INSURANCE | § | |
| COMPANY (CNA), AND BELFOR | § | |
| USA, INC. | § | |
| DEFENDANTS | § | CAMERON COUNTY, TEXAS |

FILED _____ O'CLOCK ___ M
AURORA DE LA GARZA DIST. CLERK
JUL 12 2002
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

## PLAINTIFF'S REQUEST FOR JURY TRIAL

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff, Valley Diagnostic Clinic, P.A. ("VDC"), by and through its undersigned counsel, pursuant to Rule 216 of the Texas Rules of Civil Procedure, hereby requests a jury trial on all issues triable by jury in the above-styled and numbered cause.

Respectfully submitted,

GARY, THOMASSON, HALL & MARKS
Professional Corporation
Attorneys for Valley Diagnostic Clinic, P.A.
P. O. Box 2888
Corpus Christi, Texas 78403
(361) 884-1961  FAX (361) 889-5100

By: /s/ Gordon D. Laws
Gordon D. Laws
State Bar No. 12057650
Eric I. Barrera
State Bar No. 24001696

*Plaintiff's Request for Jury Trial*   251679.1/gdl/420



## CERTIFICATE OF SERVICE

I certify that on July 9, 2002, a complete and correct copy of <u>Plaintiff's Request for Jury Trial</u> was served on the following counsel of record:

*Certified Mail, RRR No. 7002 0460 0000 6542 1722*
Mr. Joseph Knight
Baker Botts L.L.P.
1600 San Jacinto Center
98 San Jacinto Blvd.
Austin, Texas 78701-4039

*Certified Mail, RRR No. 7002 0460 0000 6542 1739*
Mr. Russell J. Bowman
Scott, Bowman & Stella
3131 McKinney Avenue, Suite 730
Dallas, Texas 75204

*Certified Mail, RRR No. 7002 0460 0000 6542 1746*
Mr. H. Mark Burck
BURCK, LAPIDUS & LANZA, P.C.
5177 Richmond, Suite 850
Houston, Texas 77056

_____
Gordon D. Laws

Case 1:02-cv-00230    Document 7    Filed in TXSD on 04/02/2003    Page 7 of 8

CAUSE NO. 2002-01-000349-G

| | | |
|---|---|---|
| VALLEY DIAGNOSTIC CLINIC, P.A.<br>    PLAINTIFF | § <br> § <br> § | IN THE DISTRICT COURT |
| VS. | § <br> § | 404TH JUDICIAL DISTRICT |
| TRANSCONTINENTAL INSURANCE COMPANY (CNA), AND BELFOR USA, INC.<br>    DEFENDANTS | § <br> § <br> § <br> § | CAMERON COUNTY, TEXAS |

### ORDER

Came on this to be considered Plaintiff's Motion for Trial Setting, the Court having considered the same, hereby sets a hearing Plaintiff's Motion for Trial Setting in this case for the __31st__ day of __July__, 2002, at __9:00am__. The hearing will be conducted by telephone.

Signed this __2nd__ day of __July__, 2002.

_____
JUDGE PRESIDING

7/2/02 COPIES TO:
HON GORDON A LAWS
HON RUSSELL J BOWMAN
HON JOSEPH R KNIGHT
HON H MARK BURCK



FILED _____ O'CLOCK __M
AURORA DE LA GARZA DIST. CLERK
JUL - 2 2002
DISTRICT COURT OF CAMERON COUNTY, TEXAS

