UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VALLEY DIAGNOSTIC CLINIC, P.A. | § § § § | |
| PLAINTIFF | | |
| vs. | § § § § § § § | CIVIL ACTION NO. B-02-0230 |
| TRANSCONTINENTAL INSURANCE COMPANY (CNA) | | |
| DEFENDANT | | |

**INTERVENOR TEXAS INSURANCE MANAGERS, INC.'S
NOTICE OF RULE 26(a)(1) INITIAL DISCLOSURES**

Intervenor, Texas Insurance Managers, Inc. files its Notice of Rule 26(a)(1) Initial Disclosures under the Federal Rules of Civil Procedure.

Respectfully submitted,

BURCK, LAPIDUS & LANZA, P.C.

_____
H. MARK BURCK
Federal ID #7423
TBA# 03362700
5177 Richmond Avenue, Suite 850
Houston, Texas 77056
(713) 400-6000
(713) 622-8054 - Facsimile
ATTORNEY FOR INTERVENOR, TEXAS INSURANCE MANAGERS, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been forwarded to all interested parties on this 17th day of April, 2003 by **Certified Mail, Return Receipt Requested**, facsimile and/or hand delivery to:

Gordon Laws
Gary, Thomasson, Hall & Marks, P.C.
210 South Carancahua, Suite 500
Corpus Christi, TX 78401

Russell J. Bowman
Scott, Bowman & Stella
3131 McKinney Avenue, Suite 730
Dallas, TX 75204

_____
H. MARK BURCK