//

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VALLEY DIAGNOSTIC CLINIC, P.A. | § § § § | |
| PLAINTIFF | | |
| vs. | § § § § § § § | CIVIL ACTION NO. B-02-0230 |
| TRANSCONTINENTAL INSURANCE COMPANY (CNA) | | |
| DEFENDANT | | |

INTERVENOR TEXAS INSURANCE MANAGERS, INC.'S
RULE 26(a)(1) INITIAL DISCLOSURES

Intervenor, Texas Insurance Managers, Inc. serves its Rule 26(a)(1) Initial Disclosures under the Federal Rules of Civil Procedure.

1.   Persons with Knowledge

**Ruben Flores**
**Rod Miller**
**Carlos Maldonado**
**Valley Diagnostic Clinic**
**2200 Haine Drive**
**Harlingen, Texas 78550**
**(956) 421-5250**

Plaintiff.

**Allan R. Brumley, AAI, CIC**
**Texas Insurance Managers**
**410 East Harrison**
**Harlingen, TX 78550**
**(956) 423-6986**

Internvenor.

Transcontinental Insurance Company (CNA)
c/o Russell J. Bowman
Scott, Bowman & Stella
3131 McKinney Avenue, Suite 730
Dallas, TX 75204
(214) 922-0220

Defendant.

Kevin Jones
Belfor
2425 Blue Smoke Court South
Fort Worth, Texas 76105
(817) 535-6793

Project Manager.

Rachelle Gillis
Belfor
2425 Blue Smoke Court South
Fort Worth, Texas 76105
(817) 535-6793

Media Recovery Manager.

Theresa Williams
Belfor
2425 Blue Smoke Court South
Fort Worth, Texas 76105
(817) 535-6793

Vice President of Marketing.

Kirk Lively
Belfor
2425 Blue Smoke Court South
Fort Worth, Texas 76105
(817) 535-6793

General Manager.

Evelyn Fisk
Christopher Flowers
Transcontinental Insurance Company
P.O. Box 219011
Dallas, Texas 75221-9001
(800) 262-1113

Bob Dudek
Transcontinental Insurance Company
P.O. Box 185
Auburn, New York 13021
(315) 258-6962

Adjusters who worked on Plaintiff's insurance claim.

Hal Arnold
Beneke/Adjusters International
16225 Park Ten Place Drive, Suite 500
Houston, Texas 77084
(713) 974-1020

Plaintiff's adjuster.

Andrew T. Armstrong
Scott Jamieson Riley
Armstrong Forensic Laboratory
330 Loch'n Green Trail
Arlington, Texas 76012
(817) 276-2691

Experts who examined the x-ray films at issue.

Adam Garcia
All Valley Restoration
Route 10, Box 15A
Harlingen, Texas 78552
(956) 412-1039

Has knowledge regarding restoration of the x-ray films and jackets at issue.

Jack Schwartz
NDB International, Inc.
241 Myrtle Street
Ravenna, Ohio 44266
(330) 296-0221

Transcontinental's expert regarding property damage.

William H. Newman
Medical Equipment Transport Specialist
1508 "C" Street
Floresville, Texas 78114
(210) 602-9269

Has knowledge regarding removal of the damaged medical equipment.

Allan Brumley
Texas Insurance Mangers, Inc.
410 E. Harrison
Harlingen, Texas 78550
(956) 423-6986

Employee of Intervenor.

Walden Gibbs
Walden Gibbs & Associates
201 E. Young
Llano, Texas 78643

Examined water damaged x-ray equipment.

Edward Lee C. Friederichs
Siemen Medical Systems, Inc.
2002 North Highway 360
Grand Prairie, Texas 75050-1423
(972) 660-2700

Examined some of the water damaged equipment.

Mark Mellen
Jeff M. Falcone
Diagnostic Imaging, Inc.
4646 Perrin Creek, Suite 220
San Antonio, Texas 78217
(210) 655-2160

Examined some of the water damaged equipment.

Douglas Rice
Colorado State University
Fort Collins, Co 80523
(970) 491-1101

Connection unknown.

Dennis Nickoloff
GAB robins
632 Ed Carey Drive, Suite 700
Harlingen, Texas 78550
(956) 423-0770

Independent Adjuster who worked on the claim.

Ivars A. Rudzitis
Transcontinental Insurance Company
P.O. Box 5545
Sarasota, Florida 34227
(941) 924-0419

Adjuster with Transcontinental who worked on the claim.

Kurt Harms
Buchanan, Clarke, Schlader
2550 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 760-0300

Transcontinental's accounting expert.

2.   Documents and Things

**None other than those previously exchanged in this lawsuit.**

3.   Damages

Texas Insurance Managers, Inc. (TIM) procured for Plaintiff Valley Diagnostic Clinic, the insurance policy that is the subject of Plaintiff's Original Petition. As a result of Defendant denying coverage for the losses of Plaintiff as outlined in Plaintiff's Original Petition, Plaintiff made a claim against TIM. TIM paid Plaintiff $508,666 to resolve that claim. TIM is entitled to reimbursement and is lawfully and legally subrogated to Plaintiff for all monies paid.

4.   Insurance

**Previously produced.**

Respectfully submitted,
BURCK, LAPIDUS & LANZA, P.C.

_____
H. MARK BURCK
Federal ID #7423
TBA# 03362700
5177 Richmond Avenue, Suite 850
Houston, Texas 77056
(713) 400-6000
(713) 622-8054 - Facsimile

ATTORNEY FOR INTERVENOR, TEXAS
INSURANCE MANAGERS, INC.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been forwarded to all interested parties on this 17th day of April, 2003 by **Certified Mail, Return Receipt Requested**, facsimile and/or hand delivery to:

Gordon Laws
Gary, Thomasson, Hall & Marks, P.C.
210 South Carancahua, Suite 500
Corpus Christi, TX 78401

Russell J. Bowman
Scott, Bowman & Stella
3131 McKinney Avenue, Suite 730
Dallas, TX 75204

_____
H. MARK BURCK